**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

GEORGE'S INC.                                                              PLAINTIFF

      v.            Civil No. 08-5026

ALLIANZ GLOBAL RISKS US
INSURANCE COMPANY                                                          DEFENDANT

### JUDGMENT

On this 5th day of May, 2009, the above referenced matter comes on for the Court's consideration of defendant's **Stipulation and Confession of Judgment** (doc. 45).  The Court, being well and sufficiently advised, finds and orders that:

    \*   plaintiff have judgment against defendant in the sum of One Hundred Fifty-Four Thousand Nine Hundred Eighty-Four Dollars and Sixty-Three Cents ($154,984.63), same to bear interest at the rate of .50% per annum from the date hereof until paid, for all of which execution may issue.

    **IT IS SO ORDERED.**

                                                             /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE**