```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

GEORGE'S INC.                                          PLAINTIFF

       v.        Civil No. 08-5026

ALLIANZ GLOBAL RISKS US
INSURANCE COMPANY                                      DEFENDANT

## JUDGMENT

Now on this 7th day of April, 2010, comes on for this Court's consideration.  In accordance with the **Mandate of the United States Court of Appeals for the Eighth Circuit** (document #59), **Defendant Allianz Global Risks US Insurance Company's Motion for Partial Summary Judgment on Plaintiff's Claim for "Fixed Costs"** (document #24) is **granted** and **plaintiff's claim for business expenses or "fixed costs" is dismissed.**

**IT IS SO ORDERED.**

                                      <u>/s/ Jimm Larry Hendren</u>
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE